# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **EMCASCO INSURANCE COMPANY,** | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 4:18-CV-0756-VEH ) |
| **ALBERTVILLE DISCOUNT TIRE LLC, TIM BEARDEN, and TODD McGATHEY,** | ) ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM OPINION

This case comes before the Court on EMCASCO Insurance Company's (EMCASCO's) Motion for Summary Judgment (doc. 23), and EMCASCO's Motion To Lift Stay and Request [for] Ruling on [the] Pending Motion for Summary Judgment (doc. 29). All Defendants consent to the granting of both motions. (Doc. 31). Accordingly, both motions will be **GRANTED**. The Court will enter a separate Final Order.

**DONE** this 23rd day of May, 2019.

**VIRGINIA EMERSON HOPKINS**
Senior United States District Judge